SUSAN BUTLER SHIKARA vs. COMMISSIONER OF MENTAL HEALTH. June 2, 1967. The petitioner seeks by this petition for a writ of mandamus to compel the respondent, Commissioner of Mental Health, to permit her to inspect, and to furnish her with copies of, the records of the Boston State Hospital and the Massachusetts Mental Health Center, where, it is alleged, she has been a patient. From a denial of the petition, the petitioner appealed. For the reasons set forth in *Bane* v. *Superintendent of Boston State Hosp.* 350 Mass. 637, there was no error.

*Order denying petition affirmed.*

*Susan Butler Shikara,* pro se.
No argument or brief for the respondent.

JEANNETTE KOLNICKI, petitioner. June 2, 1967. This petition under G. L. c. 231, § 117 (as amended through St. 1960, c. 207, § 4), to establish the truth of the plaintiff's (petitioner's) exceptions in a tort action for personal injuries, was referred to a commissioner. His report and the transcript of the testimony at the trial in the Superior Court show that much material evidence was omitted from the bill, which failed to conform to the truth. G. L. c. 231, § 113. The single justice correctly dismissed the petition.

*Exceptions overruled.*

*J. Edward Fitzgerald* for the petitioner.
No argument or brief for the respondent.